UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BGH HOLDINGS, LLC, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>DL EVANS BANK,<br><br>          Defendant. | Case No. 18-CV-1408-RSL<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY |

This matter comes before the Court on defendant's "Motion for Leave to File Reply to Plaintiffs' Response to the December 9, 2019 Order to Show Cause." Dkt. #115. On December 9, 2019, the Court ordered plaintiffs to show cause why their complaint should not be dismissed for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine. See Dkt. #107. Plaintiffs responded to the Court's Order on December 30, 2019. See Dkt. #109. Defendant now seeks leave to file a brief reply to that response. See Dkt. #115 (Ex. A).

The Court, having considered defendant's motion and all other papers submitted in support of and in opposition, hereby GRANTS defendant's motion and directs it to submit its reply on or before February 10, 2020. The Clerk of Court is directed to note plaintiffs' response to the Court's Order to Show Cause (Dkt. #109) for consideration on February 14, 2020. The Court will accordingly permit plaintiffs to file a reply to defendant's brief of no more than three pages on or before February 14, 2020.

//

//

ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY - 1

1  DATED this 5th day of February, 2020.

						Robert S. Lasnik
						United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY - 2