The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BGH HOLDINGS, LLC, a Washington limited liability company; GINGER ATHERTON; HENRY DEAN, and their marital community,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D.L. EVANS BANK,<br><br>　　　　　Defendant,<br><br>　v.<br><br>BGH HOLDINGS, LLC; GINGER ATHERTON; HENRY DEAN; JIM DEAN; FRANK DEAN; WN3, LLC, a Washington limited liability company; and DOES 1-5<br><br>　　　　　Counterclaim/Third-Party Defendants. | No. 2:18-cv-1408 RSL<br><br>STIPULATED JOINT MOTION AND ORDER TO CONTINUE TRIAL DATE AND REMAINING DEADLINES |

Plaintiffs BGH Holdings, LLC, Ginger Atherton, and Henry Dean ("Plaintiffs") and Defendant D.L. Evans Bank ("the Bank") (collectively, "the parties") jointly request that the Court continue the trial date to October 2023 and extend all related trial deadlines, including but not limited to the deadline to file motions in limine. This relief is warranted for the following reasons:

JOINT MOT. TO CONTINUE TRIAL DATE & REMAINING DEADLINES
(2:18-cv-1408 RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1. On September 25, 2018, Plaintiffs filed their First Amended Complaint for Violation of 42 U.S.C. 1983; Conversion, Unjust Enrichment, Declaratory Relief, Injunctive Relief, Attorneys' Fees, and Costs and Jury Demand against the Bank.  Dkt. #4.

2. On December 27, 2018, the Bank filed its Amended Answer, Affirmative Defenses, Counterclaims and Third Party Claims of Defendant.  Dkt. #18.

3. On September 27, 2021, the Court entered its Order Regarding Plaintiffs' Response to Order to Show Cause and Plaintiffs' Motion to Dismiss Defendants' Counterclaims. Dkt. #149.  The Court dismissed Plaintiffs' claims under the *Rooker-Feldman* doctrine with the exception of Plaintiffs' § 1983 claim, which the Court allowed to move forward "to the extent it pertains to the Bank's alleged conduct in enforcing the writ of execution during the entrance and search of plaintiffs' residence." *Id*. at 6.  In its Order, the Court also denied Plaintiffs' motion to dismiss the Bank's counterclaims.  *Id*. at 14.

4. On August 25, 2022, the Court entered a Minute Order Setting Amended Trial Date & Related Dates that set the trial date to June 5, 2023.  Dkt. #155.  Under LCR 16(h), Plaintiffs' Pretrial Statement would be due 30 days prior to the date for filing the proposed pretrial order; i.e., on April 24, 2023.  The Bank's Pretrial Statement would be due 10 days later; i.e., on May 4, 2023.

5. On November 23, 2022, the Bank filed its Renewed and Amended Motion for Summary Judgment.  Dkt. #158.

6. On May 3, 2023, the Court entered its Order on Summary Judgment.  Dkt. #176. The Court dismissed Plaintiffs' remaining § 1983 claim.  The Court dismissed the Bank's first counterclaim for declaratory judgement that "Dean's debt as reflected by the Idaho Judgment and Washington Judgment is presently valid." Dkt. #176 at 24, ¶7.  The Court also dismissed the Bank's second counterclaim for declaratory judgment that "defendant's 'Judgment may be enforced in Washington under Washington law regarding execution.'" Dkt. #176 at 25, ¶ 7.  The Court also  and denied the Bank's motion for summary judgment as to the Bank's fraudulent transfer counterclaims.  *Id*. at 25-26.

JOINT MOT. TO CONTINUE TRIAL DATE & REMAINING DEADLINES (2:18-cv-1408 RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

7. On May 4, 2023, the Bank served its Pretrial Statement on Plaintiffs' counsel. *See* Dkt. #177.

8. Plaintiffs have not yet served their Pretrial Statement on the Bank's counsel despite multiple requests from the Bank, impeding the Bank's ability to prepare its motions in limine. *See* Dkt. #177.

9. Plaintiffs also indicate they intend to bring a motion to dismiss Bank's remaining fraudulent transfer claims based on this Court's lack of subject matter jurisdiction. The Bank disagrees with Plaintiffs' position on jurisdiction as it contends the Court has already addressed this issue (*see* Dkt. #149) but understand that should the Court revisit and address subject matter jurisdiction, the issue should be adjudicated before a jury is empaneled on this case.

10. The parties agree that no further amendments shall be made or allowed.

11. The parties jointly request that the June 5, 2023, trial date and all related deadlines be adjusted by approximately six months in order to allow sufficient time for the parties to respond to the Order on Summary Judgment, including determining whether realignment is appropriate and exploring the opportunity for potential settlement negotiations in light of the Order.

12. The proposed amended schedule is as follows:

| Event | Old Date | New Date |
| --- | --- | --- |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | May 8, 2023 | November 3, 2023 |
| Agreed pretrial order due | May 24, 2023 | November 27, 2023 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | May 31, 2023 | November 30, 2023 |
| TRIAL DATE | June 5, 2023 | December 4, 2023 |

JOINT MOT. TO CONTINUE TRIAL DATE & REMAINING DEADLINES
(2:18-cv-1408 RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

For the foregoing reasons, the parties respectfully request the Court continue the trial and trial-related deadlines as outlined above.

DATED this 12th day of May, 2023.

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Attorneys for D.L. Evans Bank<br><br>By /s/  Rhys M. Farren<br>Rhys M. Farren, WSBA #19398<br>929 108th Avenue NE, Suite 1500<br>Bellevue, WA  98004<br>Telephone: 425.646.6132<br>Email: rhysfarren@dwt.com<br><br>Jennifer K. Chung, WSBA #51583<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Telephone:  206.622.3150<br>Fax: 206.757.7700<br>Email: jenniferchung@dwt.com<br><br>By /s/  Wright Noel<br>Wright A. Noel, WSBA #25264<br>Carson & Noel PLLC<br>20 Sixth Avenue Northeast<br>Issaquah, WA  98027<br>Telephone: 425.394.7786<br>Email:  wright@carsonnoel.com | Western Washington Law Group PLLC<br>Attorneys for BGH Holdings, LLC, Frank Dean, WN3, LLC, Jim Dean, Ginger Atherton, and Henry Dean<br><br>By /s/  Dennis J. McGlothin<br>Dennis J. McGlothin, WSBA #28177<br>Robert J. Cadranell, II, WSBA #41773<br>P. O. Box 468<br>Snohomish, WA  98291<br>Telephone: 425-728-7296<br>Email: docs@westwalaw.com<br>Email: robert@westwalaw.com |

<u>ORDER</u>

IT IS SO ORDERED.

Dated this 15th day of May 2023.

*[signature: Robert S. Lasnik]*

The Honorable Robert S. Lasnik
United States District Judge

JOINT MOT. TO CONTINUE TRIAL DATE & REMAINING DEADLINES
(2:18-cv-1408 RSL) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax