1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    BGH HOLDINGS LLC, *et al.*,                    Case No. C18-1408RSL

10                          Plaintiff,             ORDER DENYING
                                                   DEFENDANT'S MOTION
11                  v.                             TO SEAL

12   D.L. EVANS BANK,

13                          Defendant.

14

15         This matter comes before the Court on defendant's "Second Motion to Seal" (Dkt.

16   # 156). Defendant filed this motion in tandem with its motion for summary judgment (Dkt.

17   # 158), as its motion for summary judgment incorporated information that plaintiffs' previously

18   designated confidential.

19         "There is a strong presumption of public access to the court's files," and, absent a

20   showing that the public's right of access is outweighed by the interests of the public and/or the

21   parties in shielding the material from public view, a seal is not appropriate. LCR 5(g).

22   Accordingly, parties are expected to explore all alternatives to filing a document under seal. *Id.*

23   5(g)(1). In its recent summary judgment Order, the Court reminded the parties of the procedure

24   for filing a document under seal in accordance with the Court's local rules. *See* Dkt. # 176.

25   Specifically, the Court ordered the parties to meet and confer on the need to file the document

26   under seal in compliance with Local Rule 5(g)(3)(A). *Id.* The Court further specified that if the

27   parties found the motion must be filed under seal, plaintiffs must file a response to defendant's

28

ORDER DENYING DEFENDANT'S MOTION TO
SEAL - 1

1  motion to seal, providing the reasons for keeping the document under seal pursuant to LCR

2  5(g)(3)(B). *Id.*

3        On May 12, 2023, defendant filed a "report," informing the Court that the parties have

4  conferred as directed and have agreed that the motion filed at Dkt. # 158 "need not be sealed."

5  Dkt. # 180 at 2. Accordingly, the Court DENIES defendant's motion to seal (Dkt. # 156). The

6  Clerk of Court is directed to unseal the motion filed at Dkt. # 158.

7        IT IS SO ORDERED.

8

9

10        DATED this 18th day of May, 2023.

11

12

13  Robert S. Lasnik
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING DEFENDANT'S MOTION TO
SEAL - 2